**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

AO ___   Order Regarding Motion for Sentence Reduction

NOV 1 6 2023

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT

_____Eastern_____ District of _____Arkansas_____

UNITED STATES OF AMERICA

V.

Hernandez, Jose

**Date of Original Judgment:** 8/12/2019
(Or Date of Last Amended Judgment)

ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) based on USSG 821

Case Number: 4:19-cr-00314-01-JJV
USM Number: 80637-208
Sonia Fonticiella
Defendant's Attorney at Sentencing

Upon motion of ☐ the defendant   ☐ the Director of the Bureau of Prisons   X the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.
X GRANTED and the defendant's previously imposed sentence of imprisonment of __8__ months is reduced to __5 months__.

## I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level (Prior to Departure/Variance/Rule 35): __4__
Criminal History Category: __V__
Previous Guideline Range: __4__ to __10__ months

Amended Offense Level: __4__
Criminal History Category: __IV__
Amended Guideline Range: __2__ to __8__ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

## III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

Sentence is consecutive to sentence in E.D. Ark. Case No. 4:18-CR-00094-BSM

Except as provided above, all provisions of the judgment dated __8/12/2019__ shall remain in effect.

**IT IS SO ORDERED.**

__11/16/2023__
Order Date

__February 1, 2024__
Effective Date (if delayed)

Signature of Judge

U.S. Magistrate Judge Joe J. Volpe
Name and Title of Judge